No. 99–7487. SALAZAR-OLIVARES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7588. JONES v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied.

No. 99–7594. BUSS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 99–7623. NIELSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 99–7808. FALSETTA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–7863. POSPISIL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–7878. SANCHEZ v. SCHOMIG, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–7920. DUNAWAY v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 99–8317. MURPHY v. CITY OF SMITHVILLE, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–8318. LATORRE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–8319. JOHNSON v. JEFFERSON. Ct. App. D. C. Certiorari denied.

No. 99–8334. TRICE v. MCNEAL. C. A. 11th Cir. Certiorari denied.

No. 99–8337. RIVAS SUNIGA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8341. ROGERS v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 99–8342. SIMMONS v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.